UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Honorable | A. Benjamin Goldgar | Hearing Date | December 29, 2014 |

| Bankruptcy Case | No. 14 B 44469 | Adversary | |

William E. James

**Brief Statement of Motion**: Order temporarily excusing receiver from compliance with § 543

**Names and Addresses of moving counsel**

**Representing**

## ORDER

This matter came before the court on the motion of MB Financial Bank to excuse the receiver from compliance with section 543 of the Bankruptcy Code. The debtor having no objection, the receiver is excused from compliance pending a hearing on, and final resolution of, the motion.

[signature]

(7th Cir. 1994).