UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>William E. James,<br><br><br><br><br><br>Debtor(s) | BK No.: 14-44469<br><br>Chapter: 11<br>Honorable A. Benjamin Goldgar |

### ORDER GRANTING FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR COUNSEL TO THE DEBTORS

This matter coming to be heard on O. Allan Fridman's First interim Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Debtor, pursuant to 11 U.S.C. §330 and 331 of the Bankruptcy Code. The Court finding notice to be sufficient, and being otherwise fully advised in the premises:

IT IS HEREBY ORDERED as follows:

1. O. Allan Fridman is allowed final order of compensation in the amount of $ 30,275.00 and $1,747.00 in costs.

Dated: MAY 11 2016,

Enter:

United States Bankruptcy Judge

**Prepared by:**
O. Allan Fridman
555 Skokie Blvd 500
Northbrook, IL 60062
847-412-0788
6274954

Rev: 20130104_bko